ACCEPTED
01-14-01018-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 4:42:15 PM
CHRISTOPHER PRINE
CLERK

**In The**

# Court of Appeals

**For The**

## First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 4:42:15 PM
CHRISTOPHER A. PRINE
Clerk

### NO. 01-14-01018-CV

### RICKY D. PARKER AND JAMES MYERS, Appellants

### V.

### SCHLUMBERGER TECHNOLOGY CORPORATION, Appellee

**On Appeal from 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCV-218252**

## APPOINTMENT AND FEE REPORT—MEDIATION

The Court referred this cause to mediation. Richard R. Brann was appointed mediator in this appeal based on the agreement of the parties.

After the referral to mediation, the cause:

- Was mediated on August 20, 2015.

- The mediator was notified today, August 12, 2015, that Appellant, Ricky D. Parker, and Appellee, Schlumberger Technology Corporation, have settled all their claims against each other.

Active 20338469.1

- The disputes between Appellant, James Meyers, and Appellee Schlumberger Technology Corporation, did not settle.

Check one of the following:

☒ Based on the agreement of the parties and the mediator, the mediator has been paid a fee as follows:

$\underline{\quad 800 \quad}$ paid by Appellants Parker & Myers.

$\underline{\quad 800 \quad}$ paid by Appellee Schlumberger Technology Corporation.

The parties understand that the Court will tax this fee as a cost of the appeal.

☐ The parties have agreed to another method of payment and understand that the Court will not tax this fee as a cost of appeal.


/s/Richard R. Brann
Richard R. Brann
State Bar No.: 02888000
3748 One Shell Plaza
910 Louisiana
Houston, TX 77002
Tel: 713.228.1563
Fax: 713:229.2763